June 29, 1973.

M. P. No. 73-157. STATE OF RHODE ISLAND *v.* RICHARD E. FREEMAN *et al.* Petition for writ of certiorari denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Gladstone & Zarlenga, Bernard C. Gladstone,* for petitioner-defendant.

C. A. No. 73-70. STATE *v.* ELBERT V. BOWDEN, JR. Defendant's motion to remand to the Superior Court for hearing as prayed is denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Alfred Paul Farese,* Everett, Massachusetts, *John Cicilline,* for defendant.

APPEAL No. 73-149. EMMIE L. PAOLINO *v.* JOSEPH R. PAOLINO. Petitioner's motion to dismiss respondent's appeal is denied without prejudice. Paolino and Joslin, JJ., not participating. *Leonard A. Kamaras,* for petitioner. *Gunning, LaFazia, Gnys & Selya, Anthony G. Iannuccillo,* for respondent.